

# State of Tennessee
# Department of State

Administrative Procedures Division
312 Rosa L. Parks Avenue
8th Floor, William R. Snodgrass Tower
Nashville, Tennessee 37243-1102
Phone: (615) 741-7008/Fax: (615) 741-4472

**April 25, 2023**

| | |
|---|---|
| Janet Goode, Esq. | Kavita G. Shelat, Esq. |
| Goode Law | Shelby County Schools |
| 917 South Cooper Street | 160 S. Hollywood, #218 |
| Memphis, TN 38104 | Memphis, TN 38112 |
| | |
| Michael F. Braun, Esq. | Kenneth Walker, Esq. |
| Law Office of Michael Braun | Shelby County Schools |
| 5016 Centennial Blvd., Ste. 200 | 160 S. Hollywood, #218 |
| Nashville, TN 37209 | Memphis, TN 38112 |
| | |
| Tricia Craig | Laura Bailey, Esq. |
| Tennessee Department of Education | Shelby County Schools |
| Andrew Johnson Tower | 160 S. Hollywood, #218 |
| 710 James Robertson Parkway | Memphis, TN 38112 |
| Nashville, TN 37243 | |

**RE: G.H., THE STUDENT, AND F.H. AND K.H., THE PARENTS V. MEMPHIS-SHELBY COUNTY SCHOOLS, APD Case No. 07.03-232067J**

Enclosed is a *Final Order*, including a *Notice of Appeal Procedures,* rendered in this case.

Administrative Procedures Division
Tennessee Department of State

Enclosure(s)

BEFORE THE TENNESSEE DEPARTMENT OF EDUCATION DIVISION OF SPECIAL EDUCATION

IN THE MATTER OF:

F.H., the Parent,
G.H., the Student,
    *Petitioners,*

v.                                    APD Case No. 07.03-232067J

**MEMPHIS-SHELBY COUNTY SCHOOLS,**
    *Respondent.*

## FINAL ORDER

This matter is before Administrative Law Judge Kim Summers pursuant to a Complaint provided to the Respondent in this matter on April 11, 2023, pursuant to the Individuals with Disabilities Education Act (IDEA). The Complaint includes as Petitioners two siblings, N.H. and G.H., as well as their Parents.[1] The Petitioners are represented by Janet Goode, Esq., and the Respondent is represented by Laura Bailey, Esq. and Kenneth Walker, Esq.

In the Complaint, the Petitioners allege retaliation against G.H. as a result of a prior and separate litigation pertaining to N.H., also brought under the IDEA. The allegation involves a communication with a current teacher of G.H, who was a teacher for N.H. during the time at issue in the prior litigation. Apparently, after a meeting had been requested, the teacher informed the Parents that no further contact would be available until after completion of the litigation involving N.H. This communication was perceived by the Parents as retaliatory with potential impacts to the education provided to G.H.

The Complaint regarding alleged retaliation did not also allege a denial of a free appropriate public education (FAPE) to G.H., only the possibility of harm should the denial of communication continue. Since the statutory limitation of this Tribunal's jurisdiction is allegations regarding the

---

[1] The Complaint pertaining to N.H. is addressed separately in Case No. 07.03-232068J.

actual denial of FAPE, the allegations of retaliation contained in the Complaint, as well as the relief requested, are beyond the purview of the Tribunal. Moreover, because a Final Order has now been issued in the prior litigation involving N.H., this issue now appears to be moot as the alleged impediment to the requested communication has been removed.

Because the Complaint as pertaining to G.H. includes no allegations that are justiciable by this Tribunal, the Complaint is properly **DISMISSED**.

It is so **ORDERED**.

This FINAL ORDER entered and effective this the **25th day of April, 2023.**

*D. Kim Summers* (signature)

D. KIM SUMMERS
ADMINISTRATIVE JUDGE
ADMINISTRATIVE PROCEDURES DIVISION
OFFICE OF THE SECRETARY OF STATE

Filed in the Administrative Procedures Division, Office of the Secretary of State, this the **25th day of April, 2023.**

IN THE MATTER OF:  APD CASE No. 07.03-232067J
G.H., THE STUDENT, AND F.H. AND K.H., THE
PARENTS V. MEMPHIS-SHELBY COUNTY
SCHOOLS

## NOTICE OF APPEAL PROCEDURES

### REVIEW OF FINAL ORDER

The Administrative Judge's decision in your case in front of the **Tennessee Department of Education**, called a Final Order, was entered on **April 25, 2023**. If you disagree with this decision, you may take the following actions:

1. **File a Petition for Reconsideration:** You may ask the Administrative Judge to reconsider the decision by filing a Petition for Reconsideration with the Administrative Procedures Division (APD). A Petition for Reconsideration should include your name and the above APD case number and should state the specific reasons why you think the decision is incorrect. APD must **receive** your written Petition no later than 15 days after entry of the Final Order, which is no later than **May 10, 2023.**

   The Administrative Judge has 20 days from receipt of your Petition to grant, deny, or take no action on your Petition for Reconsideration. If the Petition is granted, you will be notified about further proceedings, and the timeline for appealing (as discussed in paragraph (2), below) will be adjusted. If no action is taken within 20 days, the Petition is deemed denied. As discussed below, if the Petition is denied, you may file an appeal no later than **June 26, 2023**. *See* TENN. CODE ANN. §§ 4-5-317 and 4-5-322.

2. **File an Appeal:** You may file an appeal the decision in federal or state court within 60 days of the date of entry of the Final Order, which is no later than **June 26, 2023**, by:

   (a) filing a Petition for Review "in the Chancery Court nearest to the place of residence of the person contesting the agency action or alternatively, at the person's discretion, in the chancery court nearest to the place where the cause of action arose, or in the Chancery Court of Davidson County," TENN. CODE ANN. § 4-5-322; or
   (b) bringing a civil action in the United States District Court for the district in which the school system is located, 20 U.S.C. § 1415.

   The filing of a Petition for Reconsideration is not required before appealing. *See* TENN. CODE ANN. § 4-5-317.

### STAY

In addition to the above actions, you may file a Petition asking the Administrative Judge for a stay that will delay the effectiveness of the Final Order. A Petition for Stay must be **received** by APD within 7 days of the date of entry of the Final Order, which is no later than **May 2, 2023**. *See* TENN. CODE ANN. § 4-5-316. A reviewing court also may order a stay of the Final Order upon appropriate terms. *See* TENN. CODE ANN. §§ 4-5-322 and 4-5-317.

IN THE MATTER OF:  APD CASE No. 07.03-232067J
G.H., THE STUDENT, AND F.H. AND K.H., THE
PARENTS V. MEMPHIS-SHELBY COUNTY
SCHOOLS

## NOTICE OF APPEAL PROCEDURES

### FILING

Documents should be filed with the Administrative Procedures Division by email *or* fax:

Email: APD.Filings@tn.gov

Fax: 615-741-4472

In the event you do not have access to email or fax, you may mail or deliver documents to:

Secretary of State
Administrative Procedures Division
William R. Snodgrass Tower
312 Rosa L. Parks Avenue, 8th Floor
Nashville, TN 37243-1102

Page **2** of **2**