

**State of Tennessee**

# Department of State

Administrative Procedures Division
312 Rosa L. Parks Avenue
8th Floor, William R. Snodgrass Tower
Nashville, Tennessee 37243-1102
Phone: (615) 741-7008/Fax: (615) 741-4472

**April 24, 2023**

Janet Goode, Esq.
Goode Law
917 South Cooper Street
Memphis, TN 38104

Kavita G. Shelat, Esq.
Shelby County Schools
160 S. Hollywood, #218
Memphis, TN 38112

Michael F. Braun, Esq.
Law Office of Michael Braun
5016 Centennial Blvd., Ste. 200
Nashville, TN 37209

Kenneth Walker, Esq.
Shelby County Schools
160 S. Hollywood, #218
Memphis, TN 38112

Tricia Craig
Tennessee Department of Education
Andrew Johnson Tower
710 James Robertson Parkway
Nashville, TN 37243

Laura Bailey, Esq.
Shelby County Schools
160 S. Hollywood, #218
Memphis, TN 38112

**RE: N.H., THE STUDENT, AND F.H. AND K.H., THE PARENTS V. MEMPHIS-
SHELBY COUNTY SCHOOLS, APD Case No. 07.03-232068J**

Enclosed is a *Final Order*, including a *Notice of Appeal Procedures,* rendered in this case.

Administrative Procedures Division
Tennessee Department of State

Enclosure(s)

**BEFORE THE TENNESSEE DEPARTMENT OF EDUCATION DIVISION OF SPECIAL EDUCATION**

**IN THE MATTER OF:**

**F.H., the Parent,**
**N.H., the Student,**
      *Petitioners,*

*v.*                                                    **APD Case No. 07.03-232068J**

**MEMPHIS-SHELBY COUNTY SCHOOLS,**
      *Respondent.*

## FINAL ORDER of DISMISSAL

      This matter is before Administrative Law Judge Kim Summers pursuant to a Complaint provided to the Respondent in this matter on April 11, 2023, pursuant to the Individuals with Disabilities Education Act (IDEA). The Complaint includes as Petitioners two siblings, N.H. and G.H., as well as their parents.[1] The Petitioners are represented by Janet Goode, Esq., and the Respondent is represented by Laura Bailey, Esq. and Kenneth Walker, Esq.

      In the Complaint, the Petitioners allege retaliation against G.H. as a result of a prior and separate litigation pertaining to N.H., also brought under the IDEA. The allegations in the Complaint pertain solely to G.H.; no harm to N.H. has been alleged. Without any justiciable allegation, the Complaint as pertaining to N.H. is properly **DISMISSED**.

      It is so **ORDERED**.

      This FINAL ORDER entered and effective this the **24th day of April, 2023.**

D. KIM SUMMERS
ADMINISTRATIVE JUDGE
ADMINISTRATIVE PROCEDURES DIVISION
OFFICE OF THE SECRETARY OF STATE

---

[1] The Complaint pertaining to G.H. is addressed separately in Case No. 07.03-232067J.

Filed in the Administrative Procedures Division, Office of the Secretary of State, this the **24th day of April, 2023.**

**IN THE MATTER OF:**                                    **APD CASE No.  07.03-232068J**
**N.H., THE STUDENT, AND F.H. AND K.H., THE**
**PARENTS V. MEMPHIS-SHELBY COUNTY**
**SCHOOLS**

## NOTICE OF APPEAL PROCEDURES

### REVIEW OF FINAL ORDER

The Administrative Judge's decision in your case in front of the **Tennessee Department of Education**, called a Final Order, was entered on **April 24, 2023**.  If you disagree with this decision, you may take the following actions:

1. **File a Petition for Reconsideration:**  You may ask the Administrative Judge to reconsider the decision by filing a Petition for Reconsideration with the Administrative Procedures Division (APD).  A Petition for Reconsideration should include your name and the above APD case number and should state the specific reasons why you think the decision is incorrect.  APD must **receive** your written Petition no later than 15 days after entry of the Final Order, which is no later than **May 9, 2023.**

   The Administrative Judge has 20 days from receipt of your Petition to grant, deny, or take no action on your Petition for Reconsideration.  If the Petition is granted, you will be notified about further proceedings, and the timeline for appealing (as discussed in paragraph (2), below) will be adjusted.  If no action is taken within 20 days, the Petition is deemed denied.  As discussed below, if the Petition is denied, you may file an appeal no later than **June 23, 2023**.  *See* Tenn. Code Ann. §§ 4-5-317 and 4-5-322.

2. **File an Appeal:**  You may file an appeal the decision in federal or state court within 60 days of the date of entry of the Final Order, which is no later than **June 23, 2023**, by:

   (a)  filing a Petition for Review "in the Chancery Court nearest to the place of residence of the person contesting the agency action or alternatively, at the person's discretion, in the chancery court nearest to the place where the cause of action arose, or in the Chancery Court of Davidson County," Tenn. Code Ann. § 4-5-322; or
   (b)  bringing a civil action in the United States District Court for the district in which the school system is located, 20 U.S.C. § 1415.

   The filing of a Petition for Reconsideration is not required before appealing.  *See* Tenn. Code Ann. § 4-5-317.

### STAY

In addition to the above actions, you may file a Petition asking the Administrative Judge for a stay that will delay the effectiveness of the Final Order. A Petition for Stay must be **received** by APD within 7 days of the date of entry of the Final Order, which is no later than **May 1, 2023**.  *See* Tenn. Code Ann. § 4-5-316.  A reviewing court also may order a stay of the Final Order upon appropriate terms.  *See* Tenn. Code Ann. §§ 4-5-322 and 4-5-317.

**IN THE MATTER OF:**
**N.H., THE STUDENT, AND F.H. AND K.H., THE**
**PARENTS V. MEMPHIS-SHELBY COUNTY**
**SCHOOLS**

**APD CASE No.  07.03-232068J**

## NOTICE OF APPEAL PROCEDURES

### FILING

Documents should be filed with the Administrative Procedures Division by email *or* fax:

Email:  APD.Filings@tn.gov

Fax: 615-741-4472

In the event you do not have access to email or fax, you may mail or deliver documents to:

Secretary of State
Administrative Procedures Division
William R. Snodgrass Tower
312 Rosa L. Parks Avenue, 8th Floor
Nashville, TN 37243-1102