# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| N.H. and G.H., the students, through parents, F.H. and K.H., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| MEMPHIS-SHELBY COUNTY SCHOOLS and TENNESSEE DEPARTMENT OF EDUCATION, | ) ) ) ) |
| Defendants. | ) ) |

No. 2:23-cv-02368-TLP-tmp

## JUDGMENT AS TO DEFENDANT TENNESSEE DEPARTMENT OF EDUCATION ONLY

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiff's Complaint, filed on June 19, 2023. (ECF No. 1.) In accordance with the Order Granting Defendant Tennessee Department of Education's Renewed Motion to Dismiss, dismissing Defendant Tennessee Department of Education only (ECF No. 58), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**, as to Defendant Tennessee Department of Education only.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

July 8, 2024
Date